UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILLIAM AMOS on behalf of JOY LEE LECOMPTE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00637-KJM-CDB (SS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING UNOPPOSED REQUEST FOR ATTORNEY'S FEES AND COSTS<br><br>(Doc. 28) |

On February 6, 2024, the assigned magistrate judge issued findings and recommendations to grant Plaintiff's unopposed request for attorney's fees and costs. F.& R., ECF No. 28. The Court served the findings and recommendations on the parties and notified them that any objections were due within 14 days. *Id.* at 3. As of the date of this Order, more than 14 days have passed, and no party has filed objections. The findings and recommendations advised the parties that failure to file objections within the specified time may result in the waiver of rights on appeal. *Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations issued on February 6, 2024 (ECF No. 28) are adopted in full.
2. Plaintiff's unopposed request for the award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA) is GRANTED;
3. The Commissioner is directed to pay Plaintiff as the prevailing party attorney fees in the amount of $7,315.86, and costs in the amount of $17.58.
4. Unless any offsets are applied under TOP, the government shall make payment of the fees and costs to the Olinsky Law Group, at 250 South Clinton Street, Suite 210, Syracuse, NY 13202.  (ECF No. 25-8).

DATED:  August 16, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE